18901. WILLIAMS *v.* THE STATE.

BROYLES, C. J. The verdict was authorized by the evidence and the court did not err in overruling the motion for a new trial which was based upon the usual general grounds.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED JUNE 12, 1928.

262

*W. H. Kimzey, Sam Kimzey,* for plaintiff in error.
*Robert McMillan, solicitor-general,* contra.